DAVID D'ADDARIO, EXECUTOR (ESTATE OF F. FRANCIS D'ADDARIO), ET AL. *v.* LUCIEN TRUSKOSKI ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 57 Conn. App. 236 (AC 17723), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Ridgely W. Brown,* in support of the petition.

*Kara A. T. Murphy* and *Frank W. Murphy,* in opposition.

Decided June 19, 2000

DELORES D. STEWART *v.* LEROY STEWART

The plaintiff's petition for certification for appeal from the Appellate Court, 57 Conn. App. 335 (AC 17791/ AC 18086), is denied.